FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2023-0463
_____

TERRENCE RHODES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Stephen S. Everett, Judge.

December 18, 2024


PER CURIAM.

Under a negotiated plea agreement, Appellant pleaded guilty to aggravated child abuse by great bodily harm (count I), felony battery (count III), and tampering with a witness (count IV), in exchange for a sentence of twenty-four months in prison, followed by two years of probation. After the trial court sentenced Appellant in accordance with the agreement, Appellant filed two letters with the trial court stating that he felt "rushed" during his plea hearing and he wished to appeal the plea offer. The trial court clerk treated the first letter as a notice of appeal and transmitted the case to this Court. However, Appellant does not seek review of his judgment and sentence in either letter. Rather, Appellant requests to "appeal [his] plea offer." Because Appellant did not seek review of his judgment and sentence, he did not invoke this Court's

appellate jurisdiction. We therefore dismiss the appeal with directions for the trial court to treat Appellant's letters collectively as a motion to withdraw plea. We note that the motion to withdraw plea tolls the time for Appellant to seek review of his judgment and sentence.

DISMISSED.

B.L. THOMAS, NORDBY, and TANENBAUM, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

Keith Peterson of the Law Offices of Peterson, P.A., Mulberry, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

2